■ The People of the State of New York, Respondent, v Jesse Morman, Appellant. (Appeal No. 2.) [42 NYS3d 881]—Appeal from a judgment of the Onondaga County Court (Joseph E. Fahey, J.), rendered June 27, 2013. The judgment convicted defendant, upon a jury verdict, of, inter alia, criminal possession of a controlled substance in the third degree (two counts), and criminally using drug paraphernalia in the second degree (two counts).

It is hereby ordered that the judgment so appealed from is

unanimously modified as a matter of discretion in the interest of justice by reducing the sentence on each count of criminal possession of a controlled substance in the third degree to a determinate term of five years of imprisonment and as modified the judgment is affirmed.

Same memorandum as in *People v Morman* ([appeal No. 1] 145 AD3d 1435 [2016]). Present—Peradotto, J.P., Lindley, NeMoyer and Scudder, JJ.